UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:04-00017 |
| | ) | JUDGE CAMPBELL |
| LORENZO McMILLION | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Continue (Docket No. 190) the revocation hearing in this case, currently scheduled for January 24, 2013. The Motion is GRANTED. Accordingly, the revocation hearing is CONTINUED until March 22, 2013, at 2:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE