# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| LORENZO McMILLION | Case Number: 2:04-00017 |
| | USM Number: 16758-075 |
| | Jennifer Thompson |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __One (1)__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Defendant shall not commit another federal, state, or local crime | September 27, 2012 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.  __0812__

April 26, 2013
Date of Imposition of Judgment

Defendant's Year of Birth:  __1971__

*/s/ Todd Campbell*
Signature of Judge

City and State of Defendant's Residence:
__Whites Creek, TN__

Todd J. Campbell, United States District Judge
Name and Title of Judge

April 26, 2013
Date

AO 245D     (Rev. 12/07 Judgment in a Criminal Case for Revocations
Sheet 2 – Imprisonment

DEFENDANT: LORENZO McMILLION     Judgment — Page 2 of 2
CASE NUMBER: 2:04-00017

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __Twenty-four (24) months__

Supervised Release is imposed, subject to the previously imposed conditions, and shall terminate on September 2, 2015.

__X__ The Court makes the following recommendations to the Bureau of Prisons:

1. Incarceration apart from Co-Defendants Charles Hassell and Travon Gardner due to threats.
2. Service of his sentence near Nashville, Tennessee, to be near family, if consistent with his security classification.

____ The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

    ____ at _____ p.m. on _____

    ____ as notified by the United States Marshal.

__X__ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    __X__ before 2 p.m. on __June 3, 2013__

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal