UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:04-00017 |
| | ) | JUDGE CAMPBELL |
| LORENZO McMILLION | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Modify Conditions of Supervised Release (Docket No. 198). The Motion is GRANTED on the following terms.

Defendant McMillion may travel to Atlanta, Georgia by car from May 18, 2013, to May 20, 2013. Defendant shall advise the Probation Office where he will be staying in Atlanta and shall report to the Probation Office telephonically while in Atlanta on a schedule to be determined by the Probation Office. Defendant's curfew is changed to 10:00 p.m.

All other conditions of Supervised Release remain unchanged. Defendant is forewarned that any violations of his conditions of supervision are subject to further prosecution and additional sentencing.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE